1  Justin Fok, Esq., CA Bar No. 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
   San Jose, CA 95131
3
   Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Ramesh Anne
7

FILED

2007 NOV 15  P 3: 55

**E-FILING**

**ORIGINAL**
U.S. DISTRICT COURT
NORTHERN DIST. OF CA. S.J.

Fee Paid
S1
99

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                      COMPLAINT

11
   **Ramesh Anne,**                        )  Case No.  **C07  05812 PVT**
12                                          )
              Plaintiff,                     )
13                                          )
                                            )
14       v.                                 )
                                            )  **PLAINTIFF'S ORIGINAL COMPLAINT**
15  **Michael Chertoff,** Secretary of the   )  **FOR WRIT IN THE NATURE OF**
    Department of Homeland Security,         )  **MANDAMUS & DECLARATORY**
16  **Emilio T. Gonzalez,** Director of United States )  **JUDGMENT UNDER 28 U.S.C. § 1361**
    Citizenship and Immigration Services,    )
17                                          )
                                            )  **Immigration Case**
18            Defendants.                    )
                                            )
19                                          )
                                            )
20                                          )
                                            )
21                                          )

22

23       Plaintiff, Ramesh Anne, by and through his attorney of record, opens this lawsuit against

24  the Defendants and will show this Court the following:

25  1.      Plaintiff, Ramesh, brings this case to compel action on the delayed processing of his I-

26  130, *Petition for Alien Relative*, and I-485, *Application to Register Permanent Residence or*

27  *Adjust Status*.  These cases remain within the jurisdiction of the Defendants who have

28  improperly delayed and withheld action on these cases to Plaintiff's detriment.

Case No.                              1
Complaint

**PARTIES**

2.      Plaintiff, Ramesh Anne, is a resident of Milpitas, CA, which is within the jurisdiction of this Court. Plaintiff is the intended beneficiary of an I-130, *Petition for Alien Relative*, and is the primary applicant of an I-485, *Application to Register Permanent Residence or Adjust Status* (I-485), filed with the United States Citizenship and Immigration Services (USCIS).

3.      Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. Defendant Chertoff is generally charged with enforcement of the Immigration and Nationality Act (INA or Act), which provides for the processing of I-485 immigrant petitions.

4.      Defendant, Emilio T. Gonzalez, is the Director of the USCIS, an agency within DHS, and this action is brought against him in his official capacity. Defendant Gonzalez is generally charged with the overall administration of immigration benefits and services, including I-485 immigrant petitions.

**JURISDICTION**

5.      Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.* Relief is requested pursuant to said statutes. Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

**VENUE**

6.      Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

7.      This lawsuit should be assigned to the San Jose Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara County.

**EXHAUSTION OF REMEDIES**

8.      Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS with documents that clearly establish his eligibility as an alien relative beneficiary and his eligibility

Case No.                                  2
Complaint

to register as a permanent resident. As will be demonstrated by the evidence, Plaintiff has followed up with numerous inquiries and requests to the pertinent administrative agencies attempting to expedite his delayed cases.

## CAUSE OF ACTION

9.      Plaintiff is the intended alien beneficiary of an I-130, *Petition for Alien Relative*, filed by his spouse, Rajeswari Attaluri, on August 30, 2005. **(EXHIBIT 1)**

10.     Plaintiff properly filed an I-485, *Application to Register Permanent Residence or Adjust Status* with the USCIS based on the above I-130. The I-485 application, all supporting documentation, and the $385 filing fee were received by the National Benefits Center (MSC) on August 30, 2005 **(EXHIBITS 1 and 2)**.

11.     On November 15, 2005, Plaintiff submitted his fingerprints at the San Jose USCIS Application Support Center **(EXHIBIT 3)**.

12.     On February 14, 2006, Plaintiff and his spouse appeared at the USCIS San Jose Sub Office for their initial interview. At the interview, Plaintiff was told that his case was pending due to the FBI name check **(EXHIBIT 4)**.

13.     Plaintiff received a response letter dated October 17, 2006, from Congressman, Michael M. Honda, indicating that he would inquire as to the status of Plaintiff's name check **(EXHIBIT 5)**.

14.     Plaintiff received a response letter dated November 15, 2006, from Congressman Michael M. Honda, in which Plaintiff was informed that the FBI had received Plaintiff's name check and that it was still pending **(EXHIBIT 6)**.

15.     On November 30, 2006, Plaintiff contacted the USCIS inquiring about his delayed I-485 application. In a response dated December 1, 2006, the USCIS informed Plaintiff that his application was still pending due to the FBI name check **(EXHIBIT 7)**.

16.     Plaintiff contacted Senator Dianne Feinstein requesting assistance with his stalled I-485 application. Plaintiff received a response letter dated December 1, 2006, from Constituent Representative, Morgan Galli, in which Plaintiff was informed that the FBI had received his name check on September 13, 2005, and that it was still pending. **(EXHIBIT 8)**.

17.    On November 5, 2007, Plaintiff appeared before the USCIS San Jose Sub Office for an Infopass Appointment. Plaintiff was informed that his I-485 application was pending due to the FBI name check **(EXHIBIT 9)**.

18.    Plaintiff wrote to David M. Hardy, the Chief of the Record/Information Dissemination Section of FBI, inquiring as to the status of his name check. Plaintiff has yet to receive a response. **(EXHIBIT 10)**.

19.    The Defendants' actions have gone well beyond the expected 6 months processing time for the adjudication of an I-130 petition for a spouse, and a family-based I-485 application (See San Jose District Office and California Service Center processing dates for I-130 and I-485 cases posted October 15, 2007 **(EXHIBIT 11)**.

20.    It has been over two years since Plaintiff submitted his I-130 and I-485 cases with the USCIS on August 30, 2005.

21.    Defendants have failed to adhere to their own processing times and procedures.

22.    Plaintiff has submitted sufficient information to the USCIS for it to complete adjudication of his I-130 petition and I-485 application.

23.    The Defendants have contracted out the name check for Plaintiff's case to the Federal Bureau of Investigation.

24.    But for the pending name check, Plaintiff would receive approval for his I-130 petition and I-485 application.

25.    Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with their duties under the law. Specifically:

    (a) Plaintiff has been unable to obtain legal permanent residence and thus cannot travel or work without restriction. He must spend additional time and pay additional filing fees each year in order to work and travel legally.

    (b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of the United States, thus delaying his obtainment of the rights and privileges enjoyed by citizens of the United States.

    (c) Plaintiff must wait to make major life decisions until his legal permanent residence

1    petition is resolved, thus causing him undue stress and anxiety.

2    26.    Defendants, in violation of 28 U.S.C § 1361, have failed to complete the processing of

3    Plaintiff's I-130 and I-485, a duty delegated to them by law.

4    27.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

5    unlawfully withholding action on Plaintiff's cases, and have unreasonably delayed action on

6    Plaintiff's cases.

7    28.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

8    unlawfully delaying action on Plaintiff's cases and have failed to complete the adjudicative

9    functions delegated to them by law within a reasonable time.

10                                    **PRAYER**

11   29.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

12   respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

13   the Court enter an order:

14          (a) requiring the USCIS to complete adjudication of Plaintiff's I-130 Petition, and I-485

15              Application within 60 days of receiving the Court's Order;

16          (b) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

17          (c) granting such other relief at law and in equity as justice may require.

18

19   Dated: November 13, 2007                          Respectfully Submitted,

20

21

22                                                      Justin Fok, CA Bar No. 242272
                                                        Attorney for Plaintiff
23

24

25

26

27

28

Case No.                          5
Complaint

# EXHIBIT LIST

Exhibit 1:      Plaintiff's I-130 Receipt Notice

Exhibit 2:      Plaintiff's I-485 Receipt Notice

Exhibit 3:      Plaintiff's fingerprint appointment notice dated October 21, 2005

Exhibit 4:      Plaintiff's interview appointment notice dated December 9, 2005

Exhibit 5:      Response letter from Congressman, Michael M. Honda, dated October 17, 2006

Exhibit 6:      Response letter from Congressman, Michael M. Honda, dated November 15, 2006

Exhibit 7:      USCIS's response dated December 1, 2006, to Plaintiff's inquiry

Exhibit 8:      Response letter from Morgan Galli, the Constituent Services Representative,
                dated December 1, 2006

Exhibit 9:      Infopass appointment notice

Exhibit 10:     Plaintiff's inquiry letter sent to FBI

Exhibit 11:     I-485 processing dates posted October 15, 2007 from the San Jose District Office;
                I-130 processing dates posted October 15, 2007 from the California Service
                Center

# Exhibit 1

Department of Homeland Security
U.S. Citizenship and Immigration Ser~
Case 5:07-cv-05812-PVT   Document 1   Filed 11/15/2007   Page 8 of 33

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| MSC-05-335-19696 | | I-130 - Petition for Alien Relative | |

| Received Date: | Priority Date: | Petitioner: | A044488986 |
|---|---|---|---|
| August 30, 2005 | | | ATTALURI, RAJESWARI |

| Notice Date: | Page       1 OF 1 | Beneficiary: | A136009658 |
|---|---|---|---|
| September 02, 2005 | | | ANNE, RAMESH |

RAJESWARI ATTALURI
~~~~~~~~~
▬▬▬▬▬ CA 95051

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $185.00 |

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



**Exhibit 2**

# THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-05-335-19694 | | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|---|
| Received Date:<br>August 30, 2005 | Priority Date: | Applicant:    A096618032<br>ANNE, RAMESH |
| Notice Date:<br>September 02, 2005 | Page        1 OF 1 | ASC Code:    3 |

| ARUNA VENKIDU<br><br>CA 95054 | Notice Type:          Receipt Notice<br><br>Amount Received:          $385.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5124092    0002658690    Form I-797C (Rev. 11/28/02) N

**Exhibit 3**

## THE UNITED STATES OF AMERICA

# Fingerprint Notification

| | | | NOTICE DATE |
| --- | --- | --- | --- |
| | | | 10/21/2005 |

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
| --- | --- | --- | --- |
| I485 Application to Register Permanent Resident or Adjust Status | | | A096618032 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
| --- | --- | --- | --- |
| MSC0533519694 | 3 | MSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
RAMESH ANNE

CA 95051

SNJ/XTE
11/15/05
11/15/05

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| USCIS SAN JOSE | 12/08/2005 |
| 122 CHARCOT AVE. | 11:00 AM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1.  THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
**2.  PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
MSC0533519694

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

# Exhibit 4

Sent By: Law Offices of Aruna Venkidu;       4087  ̇046;        Dec-15-05  6:24PM;        Page 2/2

Department of Homeland Security ~~Case 5:07-cv-05812-PVT~~   Document 1    Filed 11/15/2007    Page 14 of 33
U.S. Citizenship and Immigration Service                                             **I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE<br>December 09, 2005 |
|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A 096 618 032 |
| APPLICATION NUMBER<br>MSC0533519694 | RECEIVED DATE<br>August 30, 2005 | PRIORITY DATE<br>August 30, 2005 | PAGE<br>1 of 1 |

RAMESH ANNE
c/o ARUNA VENKIDU

▮▮▮▮▮▮  CA  95054

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13))

**Who should come with you?**

☑ ☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
X ☐ If you do not speak English fluently, you should bring an interpreter.
X ☐ Your attorney or authorized representative may come with you to the interview.
X ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

**NOTE:** Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)

☑ ☐ This Interview Notice and your Government issued photo identification.
☑ ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted). Submitted in application
☐ ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
  ☑ ☐ Federal income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  ☑ ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay-stubs for the past 2 months;
  ☑ ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
☐ ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
☐ ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
☑ ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
☐ ☐ Your Birth Certificate.
☑ ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
☑ ☐ If you have children, bring a Birth Certificate for each of your children.
☐ ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  ☐ ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
  ☐ ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  ☐ ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  ☑ ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  ☐ ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
☐ ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
☐ ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
☐ ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW.** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>1887 MONTEREY ROAD<br>2ND FLR ROOM 200<br>SAN JOSE CA 95112 | ON: Tuesday, February 14, 2006<br>AT: 10:30 AM |

| 6 | REPRESENTATIVE COPY |

**Exhibit 5**

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS AND TRANSIT

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
RESEARCH
ENERGY

WASHINGTON OFFICE
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE (202) 225-2631
FAX (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE (408) 558-8085
FAX (408) 558-8086
(888) 643-4715
GILROY RESIDENTS (888) 643-4715

# Congress of the United States
## House of Representatives

October 17, 2006

Mr. Ramesh Anne

California 95035

Dear Mr. Anne:

Thank you for contacting me regarding the problem you are having with the Federal Bureau of Investigation (FBI). I am sorry to hear about the difficulties you are experiencing in obtaining the status of your FBI Name Check.

I have made another inquiry with the Federal Bureau of Investigation on your behalf. It has been my experience that it takes approximately 30 days to receive a response from the Federal Bureau of Investigation. Please be advised that I am unable to assure a specific outcome regarding a particular case, or unduly influence the decision of an agency. However, I may inquire as to the status of your case, obtain additional information, or direct you to appropriate resources or services. I will contact you as soon as I receive an agency response.

Thank you for allowing me to be of assistance in this matter.

Sincerely,

Michael M. Honda

Mike Honda
Member of Congress

To receive updates on issues and events important to you, please sign up at
http://www.house.gov/honda/contactmike.html for my e-mail newsletter.

MH: GC

PRINTED ON RECYCLED PAPER

**Exhibit 6**

.

**Exhibit 7**



**U.S. Department of Homeland Security**
USCIS
1887 Monterey Road
San Jose,CA 95112

## U.S. Citizenship and Immigration Services

Friday, December 1, 2006

RAMESH NONE ANNE


CA 95035

Dear RAMESH NONE ANNE:

On 11/30/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 09/02/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | ANNE, RAMESH, NONE |
| **Your USCIS Account Number (A-number):** | A096618032 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**Exhibit 8**

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

December 1, 2006

Mr. Ramesh Anne

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇California 95035

Dear Mr. Anne:

The Federal Bureau of Investigation has told me that your name check has been pending since September 13, 2005. The FBI requests that our office wait ninety days before making a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

**Exhibit 9**



**INFOPASS**
Your e-Ticket to Immigration
Information.

| | |
|---|---|
| **Name:** | **Ramesh Anne** |
| **Appointment Type:** | **ADIT Processing** |
| **Confirmation No.:** | **SNJ-07-29636** |

**Authentication Code:  1776a**

| | |
|---|---|
| **Appointment Date:** | **November 5, 2007** |
| **Appointment Time:** | **8:15 AM** |
| **Location:** | **1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY** |

## This is your Confirmation Number:



*SNJ-07-29636*

# If you wish to cancel this appointment, you will need the following Personal Identification Number:
## 91898

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.

# Exhibit 10

To,

David M. Hardy, Chief
Record/Information Dissemination Section
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Sub: Name Check Status

Dear Sir,

First and foremost, I appreciate your department efforts in keeping us all safe.

My name is Ramesh Anne and I am resident of California. I have an immigration
case pending with USCIS. The reason I am told for this is that my name check is
pending with your department. It has been a year now and every time I go to my
local immigration office in San Jose, CA they give me the same answer.

Since it has been so long, will it be possible for you to expedite the process of my
name check. I understand that you are overloaded with cases like me. If expediting
the name check is not possible, I would appreciate if you can advise me on how long
will it take for my name check to be processed. This will help me in preparing myself
on how long do I have to wait.

To help identify information about me, I am providing the following identifying
information:

Full Name: Ramesh Anne (First Last)
Date of Birth: ██████████████
Place of Birth: Guntur, India
Social Security Number: ████████████
Current Address: ████████
          , ████████████ CA - 95035
Home Phone Number: (408)████████████
Day Phone Number: (510)████████████
Email: ██████@iselabs.com

USCIS A#: A 096 618 032

Thank you very much for going through my request.

Best Regards

Ramesh Anne

**Exhibit 11**



Home   Contact Us   Site Map   FAQ

Search



Advanced Search

Services & Benefits     Immigration Forms     Laws & Regulations     About USCIS     Education & Resource     Press Room

[ Print This Page ]    [ Back ]

# U.S. Citizenship and Immigration Services
# San Jose CA Processing Dates
# Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted October 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | 3 Months |
| I-600A | Application for Advance Processing of Orphan Petition | 3 Months |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | February 22, 2007 |
| N-600 | Application for Certification of Citizenship | April 15, 2007 |

[ Print This Page ]    [ Back ]

**11-09-2007 01:32 PM EST**





Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

---

[ Print This Page ]    [ Back ]

# U.S. Citizenship and Immigration Services
# California Service Center Processing Dates
# Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **California Service Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|----------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 20, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | April 12, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | 6 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |

| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
|---|---|---|---|
| I-131 | Application for Travel Document | All other applicants for advance parole | 3 Months |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | October 11, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | 6 Months |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | 3 Months |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | January 28, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | 6 Months |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c) (8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c) (19), (a)(12)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | 11 Weeks |
| I-765 | Application for Employment | All other applications for employment | 11 Weeks |

Case 5:07-cv-05812-PVT     Document 1     Filed 11/15/2007     Page 33 of 33

|  | Authorization | authorization |  |
|---|---|---|---|
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | February 19, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 6 Months |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | June 09, 2004 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

[ Print This Page ]   [ Back ]