```
 1  Justin Fok, Esq., CSBN: 242272
    Law Offices of Jean D. Chen
 2  2107 N. First Street, Suite 400
 3  San Jose, CA 95131
    Telephone: (408) 437-1788
 4  Facsimile:  (408) 437-9788
    Email: jfok@jclawoffice.com
 5
 6  Attorney for Plaintiff
    Ramesh Anne
 7
```

FILED ORIGINAL
2007 NOV 15  P 3:56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ramesh Anne,**<br><br>           Plaintiff,<br><br>      v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security,<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services,<br><br>           Defendants. | Case No.<br><br>**C07 05812**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Immigration Case** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///
///
///
///

Case No.                                       1
Certification of Interested Entities or Persons

1 | Dated: 11/15/07

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiff

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                                    2
Certification of Interested Entities or Persons