# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Ramesh Anne

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

Michael Chertoff, Secretary of the Department of Homeland Security
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

**C07 05812 PVT**

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE NOV 1 5 2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Ramesh Anne

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 05812 PVT

v.

Michael Chertoff, Secretary of the Department of Homeland Security,
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE NOV 1 5 2007

_____
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/19/2007 |
| Name of SERVER  Bo Li | TITLE  Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

Certified mail with return receipts

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  U.S.P.S. | TOTAL  $ 34.8 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/19/2007
                Date

Signature of Server
*Law Offices of Jean D. Chen*
*2107 N. First St., Suite 400*
*San Jose, California 95131*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**Receipt 1** (7006 0810 0000 7641 6196)
- WASHINGTON DC 20536
- Postage: $2.16
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.96
- Date: 11/19/2007
- Sent To: Emilio T. Gonzalez, 425 I Street, NW, Washington DC 20536-0003

**Receipt 2** (7006 0810 0000 7641 6189)
- WASHINGTON DC 20528
- Postage: $2.16
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.96
- Date: 11/19/2007
- Sent To: Office of the General Counsel, US Dept. of homeland Security, Washington DC 20528

**Receipt 3** (7006 0810 0000 7641 6226)
- WASHINGTON DC 20530
- Postage: $2.16
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.96
- Postmark: Ramesh Anne #1243
- Date: 11/19/2007
- Sent To: Michael B. Mukasey, Acting United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530

**Receipt 4** (7006 0810 0000 7641 6219)
- WASHINGTON DC 20528
- Postage: $2.16
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.96
- Date: 11/19/2007
- Sent To: Michael Chertoff, U.S. Dept of homeland security, Washington DC 20528



**Receipt 5** (7006 0810 0000 7641 6202)
- SAN FRANCISCO CA 94102
- Postage: $2.16
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.96
- Date: 11/19/2007
- Sent To: United States Attorney's Office, 450 Golden Gate Ave 11th Floor, San Francisco, CA 94102

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 400, San Jose CA, 95131

On 11-16-2007 I served:

1) Summons in a Civil Action;
2) Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;
3) Order setting initial case management conference and ADR deadlines;
4) Standing order for civil practice in cases assigned for all purposes to Magistrate Judge Patricia V. Trumbull;
5) Consent to proceed before a United States Magistrate Judge;
6) Declination to proceed before a Magistrate Judge and request for reassignment to a United States District Judge;
7) Contents of Joint Case Management Statement;
8) Standing order regarding case management in civil cases;

on the persons or entities named below, for the case Anne v. Chertoff (**C07-05812 PVT**), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

U.S. Attorney
United States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Proof of Service: C07-05812 PVT          1
Anne v. Chertoff, et al.

1  Date of mailing: 11-16-2007   Place of mailing: San Jose, California.
2  I declare under penalty of perjury under the laws of the United States of America that the
3  forgoing is true and correct.
4
5
6  Executed this  11-16-2007  at San Jose, California
7
8                                                          /s/
9                                                          Bo Li