Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Ramesh Anne

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ramesh Anne,** | Case No. |
| Plaintiff, | C07 05812 |
| v. | |
| **Michael Chertoff**, Secretary of the Department of Homeland Security, **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| Defendants. | Immigration Case |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

///

Case No.                                                                 1
Certification of Interested Entities or Persons

1 | Dated: 11/15/07

Respectfully Submitted,

*[signature]*

Justin Fok, CSBN: 242272
Attorney for Plaintiff

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                                          2
Certification of Interested Entities or Persons