```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  MELANIE L. PROCTOR, CSBN 228971
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH ANNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services,<br><br>　　　　　Defendants. | No. C 07-5812 PVT<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

Consent to Magistrate Jurisdiction
C07-5812 PVT

| | | |
|---|---|---|
| 1 | Date: January 18, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |
| 4 | | _____/s/_____ |
| 5 | | MELANIE L. PROCTOR |
| | | Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 7 | | |
| 8 | Date: January 18, 2008 | _____/s/_____ |
| | | JUSTIN FOK |
| 9 | | Attorney for Plaintiff |

Consent to Magistrate Jurisdiction
C07-5812 PVT                                2