JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH ANNE, | ) |
| | ) No. C 07-5812 PVT |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO EXTEND TIME** |
| | ) **WITHIN WHICH THE DEFENDANTS** |
| MICHAEL CHERTOFF, Secretary of the | ) **MUST FILE AN ANSWER** |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of | ) |
| United States Citizenship and Immigration | ) |
| Services, | ) |
| | ) |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a fourteen-day extension of time within which the Defendants must serve its answer in the above-entitled action. The Defendants will file their answer on or before February 1, 2008.

///

///

Stip. to Extend Time
C07-5812 PVT

| | |
|---|---|
| 1  Date: January 18, 2008 | Respectfully submitted, |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |

Date: January 18, 2008                   Respectfully submitted,

                                                    JOSEPH P. RUSSONIELLO
                                                   United States Attorney

                                                   /s/
                                                   MELANIE L. PROCTOR
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants

Date: January 18, 2008                           /s/
                                                   JUSTIN FOK
                                                   Attorney for Plaintiff

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                                   PATRICIA V. TRUMBULL
                                                   United States Magistrate Judge