JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH ANNE,<br>                Plaintiff,<br>   v.<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, Citizenship and Immigration Services,<br>                Defendants. | No. C 07-5812 PVT<br><br>STIPULATION TO DISMISS AND [PROPOSED] ORDER |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

///
///
///
///
///
///

JOINT DISMISSAL
C 07-5812 PVT

1 | Each of the parties shall bear their own costs and fees.

3 | Dated: January __, 2008               Respectfully submitted,

4 | JOSEPH P. RUSSONIELLO
United States Attorney

7 | _____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
8 | Attorneys for Defendants

10 | Dated: January __, 2008

JUSTIN FOK
Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT DISMISSAL
C 07-5812 PVT                2