JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH ANNE, ) | No. C 07-5812 PVT |
|     ) | |
|     Plaintiff, ) | |
|     ) | |
|     v. ) | |
|     ) | |
| MICHAEL CHERTOFF, Secretary, ) | STIPULATION TO DISMISS |
| Department of Homeland Security; EMILIO ) | |
| T. GONZALEZ, Director, Citizenship and ) | |
| Immigration Services, ) | |
|     ) | |
|     Defendants. ) | |
|     ) | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

///

///

///

///

///

///

JOINT DISMISSAL
C 07-5812 PVT

1  Each of the parties shall bear their own costs and fees.

3  Dated: January 29, 2008                                 Respectfully submitted,

4                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney

7                                                                  /s/
                                                           MELANIE L. PROCTOR[1]
                                                           Assistant United States Attorney
8                                                          Attorneys for Defendants

9  Dated: January 29, 2008                                         /s/
10                                                         JUSTIN FOK
                                                           Attorney for Plaintiff

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT DISMISSAL
C 07-5812 PVT                               2